State v. Abney

STATE OF NORTH CAROLINA v. JOHN TERRY ABNEY

No. 187A86

(Filed 7 October 1986)

APPEAL of right by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 79 N.C. App. 649, 339 S.E. 2d 841 (1986), vacating an order entered by *Snepp, J.,* on 12 March 1985 in Superior Court, MECKLENBURG County. Heard in the Supreme Court 8 September 1986.

*Lacy H. Thornburg, Attorney General, by Ellen B. Scouten, Assistant Attorney General, for the State.*

*Gordon Widenhouse, for defendant-appellant.*

PER CURIAM.

The decision of the Court of Appeals is reversed for the reasons stated in the dissenting opinion. The case is remanded to the Court of Appeals for consideration of the substantive issues properly raised by the appeal.

Reversed and remanded.